# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 19-15335 |
| Bernard Sawyer | ) | |
| Tracey L. Gibson Sawyer | ) | JUDGE PRICE SMITH |
| | ) | |
| DEBTORS | ) | MOTION TO PAY STUDENT LOAN |
| | ) | INCOME DRIVEN REPAYMENT |
| | ) | THROUGH CHAPTER 13 PLAN |

  Now come the Debtors, Bernard Sawyer & Tracey L. Gibson Sawyer, in this Chapter 13 Plan, and hereby move this Court for an order to allow Mrs. Gibson Sawyer to continue to make her student loan payments inside the Chapter 13 Plan.

1. The Debtors filed a Chapter 13 Plan on August 28, 2019 and filed a proposed modified Chapter 13 Plan on October 18, 2019.

2. The Debtor with the student loan is Tracey L. Gibson Sawyer, hereinafter "Debtor".

3. Prior to filing Chapter 13, Debtor had entered an income driven repayment plan for her student loan payments with the US Department of Education.

4. The Debtor is in compliance and not in default with the income driven repayment requirements.

5. The Debtor's current monthly income driven repayment is in the amount of $0.00.

6. The Debtors are moving this Court to allow Mrs. Gibson Sawyer to pay the income driven repayment plan for the student loan through the Chapter 13 Plan.

7. Provided that the Debtor remains current in payments into her Chapter 13 Plan, the Debtors are seeking an order to deem all payments through the Plan by the Chapter 13 Trustee with regard to the income driven repayment plan as timely. The timing of the Trustee's disbursement is not relevant in this determination as all Trustee payments would be deemed timely, and the Debtor would be in compliance with the income driven repayment plan.

WHEREFORE, the Debtors hereby move this Court for an order to allow Mrs. Gibson Sawyer to pay her student loan income driven repayments through the Chapter 13 Plan and to deem all payments made by the Trustee to be timely under the terms of the income driven repayment plan.

Respectfully Submitted,

/s/ Melissa L. Resar
Melissa L. Resar (0071963)
Rauser & Associates
614 West Superior Avenue, Suite 950
Cleveland, Ohio 44113
Telephone: (216) 263-6200
Facsimile: (216) 263-6202
mresar@ohiolegalclinic.com
Attorney for Debtors

# CERTIFICATE OF SERVICE

This is to certify that on June 22, 2020, a true and correct copy of the motion was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

 Stephen R. Franks, on behalf of Creditor, at amps@manleydeas.com

 Melissa L. Resar, on behalf of Debtors, at mresar@ohiolegalclinic.com

 Lauren A. Helbling, at ch13trustee@ch13cleve.com, lhelbling13@ecf.epiqsystems.com

 United States Trustee, at (Registered address)@usdoj.gov

Via electronic mail service on:

 Suzana M. Koch, Esq., on behalf of Creditor, at Suzana.Koch@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

 Bernard Sawyer & Tracey Gibson Sawyer, Debtors, at 1795 Landseer Rd., Cleveland, OH 44119

Creditors:
Best Buy Credit Services
P.O. Box 688911
Des Moines, IA 50368-8911

Brad Cohn, DDS
4320 Mayfield Road #209
Cleveland, OH 44121

Capital One Bank (USA) N.A.
PO Box 6492
Carol Stream, IL 60197-6492

Cavalry Portfolio Service
P.O. Box 27288
Tempe, AZ 85285

Chase
P.O. Box 15298
Wilmington, DE 19850

Chase Auto Finance
P.O. Box 901003
Fort Worth, TX 76101

Citizens Bank
1 Citizens Dr.
Riverside, RI 02915

Cleveland Clinic
9500 Euclid Ave
Cleveland, OH 44195

Clinic Medical Services Company, LLC
P.O. Box 92237
Cleveland, OH 44193

Clinic Physician Services Co LLC
P.O. Box 931608
Cleveland, OH 44193-1732

Convergent Outsourcing
10750 Hammerly Blvd.
#200
Houston, TX 77043

Credit Acceptance
P.O. Box 551888
Southfield, MI 48037

Cuyahoga County Common Pleas
Gerald Fuerst Clerk of Courts
1200 Ontario Street
Cleveland, OH 44113-1678

First Credit Inc.
PO Box 630838
Cincinnati, OH 45263

Fitworks
640 Plaza Drive Suite 300
Littleton, CO 80129

North Shore Agency
P.O. Box 9205
Old Bethpage, NY 11804

Ohio's First Class Credit Union
1800 Carnegie Ave.
Cleveland, OH 44115

Overstock.com
PO Box 659707
San Antonio, TX 78265

Paul F. Smith D.D.S INC.
3461 Warrensville Center Road Suite 306
Beachwood, OH 44122

Portfolio Recovery Associates LLC
PO Box 12914
Norfolk, VA 23541

Quest Diagnostics
P.O. Box 71314
Philadelphia, PA 19176-1314

Riverwalk Holdings LTD
1132 Glade Road
Colleyville, TX 76034

Sprint
6391 Sprint Parkway
Overland Park, KS 66251-6111

US Dept of Education
2401 International
PO Box 7859
Madison, WI 53704

Wells Fargo Home Mortgage
P.O. Box 6423
Carol Stream, IL 60197-6423

U.S. Department of Education
P.O. Box 5609
Greenville, TX 75403-5609

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106

Suzana M. Koch, Esq.
Assistant United States Attorney
Financial Litigation Unit
Office of the United States Attorney
Northern District of Ohio
United States Court House
801 West Superior Ave., Suite 400
Cleveland, OH 44113

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

/s/ Melissa L. Resar
Melissa L. Resar (0071963)
Rauser & Associates
614 West Superior Avenue, Suite 950
Cleveland, Ohio 44113
Telephone: (216) 263-6200
Facsimile: (216) 263-6202
mresar@ohiolegalclinic.com
Attorney for Debtors